

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

**GERALD C. MANN**
**ATTORNEY GENERAL.**

Honorable Lotus Hamrick
County Auditor
Sulphur Springs, Texas

Dear Sir:

Opinion No. O-2917
Re: The date upon which the District Attorney-elect for the 8th Judicial District of Texas may qualify for and assume the duties of such office.

Your letter of November 20, 1940, asks to be advised as to when the District Attorney-elect for the 8th Judicial District of Texas may legally qualify for and assume the duties of such office.

There was enacted by the 45th Legislature in 1937 (Acts 1937, 45th Legislature, page 1320, Ch. 486, § 1) the following statute which appears as Article 2929a in Vernon's Annotated Civil Statutes:

"From and after the effective date hereof the terms of office of all elective State and District officers of the State of Texas, excepting Governor, Lieutenant Governor, Members of the Senate, and Members of the House of Representatives, shall begin on the 1st day of January next following the General Election at which said respective State and District officers were elected."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Under this statute, the term of the District Attorney-elect for the 8th Judicial District of Texas commences on the first day of January, 1941, at which time such elected officer may qualify for and assume the duties of the office.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

/s/
Zollie C. Steakley
Assistant

ZCS:BBB

APPROVED DEC 6, 1940
/s/ R. W. Fairchild
ACTING ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION COMMITTEE
By /s/ B.W.B., Chairman